No. 139. TELLIER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Michael Kaminsky* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Harry Baum* and *Robert A. Bernstein* for respondent.

No. 148. TRIMBLE *v.* TEXAS STATE BOARD OF REGISTRATION FOR PROFESSIONAL ENGINEERS. Ct. Civ. App. Tex., 8th Sup. Jud. Dist. Certiorari denied. *John R. Lee* for petitioner. *Waggoner Carr,* Attorney General of Texas, and *Hawthorne Phillips, T. B. Wright, J. C. Davis* and *Pat Bailey,* Assistant Attorneys General, for respondent.

No. 145. MILLER *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 157. MARCHESE ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. *Burton Marks, Russell E. Parsons* and *Sol C. Berenholtz* for petitioners. *Solicitor General Cox, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States et al.

No. 162. JERROLD ELECTRONICS CORP. ET AL. *v.* WESCOAST BROADCASTING CO., INC. C. A. 9th Cir. Certiorari denied. *Israel Packel* for petitioners.

No. 164. POTTER ET AL., DBA POTTER'S CAMERA STORE *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Joseph Goldberg* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas, Morton Hollander* and *David L. Rose* for the United States.